FRED B. LATHROP, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Plaintiff appeals from a judgment dismissing his complaint. He sought to recover premiums paid upon two life insurance policies, claiming, among other things, that the policies had never been legally delivered. The court below held against him on this point, and also found that the defendant had complied with all of the terms of the policies. The trial court also found that plaintiff's dealings with one Whipple with reference to a loan did not affect the defendant. Judgment affirmed, with costs and disbursements. All concur. [See *post,* p. 938.]

HAROLD BOICE, Appellant, v. FLORENCE E. GRIFFIN, Respondent.— Plaintiff has appealed from a judgment and order of the Ulster Trial Term. The action was brought to recover the sum of $4,556.18, the balance of money due for work, labor and services. Defendant does not dispute that plaintiff earned that amount of money. She asserts by way of counterclaim that plaintiff is indebted to her in the sum of $4,186 for board, lodging and laundry. It is defendant's contention that her indebtedness to plaintiff is $370.18. On the trial but two witnesses were sworn, namely, the plaintiff and defendant. The only question at issue is whether plaintiff was to be paid $125 per month for services, out of which he should pay for his board, lodging and other services. He contended that he was entitled to $125 per month, plus the other items. Defendant contended that plaintiff was entitled simply to the $125 per month and that he should pay for the extras himself. The jury accepted the defendant's version. Only questions of fact are involved. Judgment and order appealed from affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS A. KAMISAROFF, Appellant, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Respondent.— This is an appeal from an order of the County Judge of Clinton County, made on the 28th day of June, 1943, dismissing a writ of habeas corpus. The appellant was convicted in the County Court of Orange County on June 23, 1941, of the crime of grand larceny in the first degree and was sentenced to Sing Sing Prison for a term of not less than three years nor more than six years. No appeal was taken from the judgment of conviction. The relator was subsequently transferred to Dannemora State Hospital, where he is now. Appellant contends that at the time of his trial and conviction he was insane and that consequently the judgment is void. That issue was litigated on his trial and an adverse finding made. The County Court of Orange County had jurisdiction of the person of defendant and of the offense with which he was charged. He may not relitigate that issue in habeas corpus proceedings. Order affirmed, without costs. All concur.